PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Aziz Coleman  Cr.: 20-00653-001
PACTS #: 6901463

Name of Sentencing Judicial Officer:   THE HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/01/2020

Original Offense:   Count One: Conspiracy to Distribute and Possess with Intent to Distribute Heroin and Cocaine Base, in violation of 21 USC 846, a Class C Felony

Original Sentence: 22 months imprisonment, 36 months supervised release

Special Conditions: $100 Special Assessment Fee, Substance Abuse Testing, Alcohol Restrictions, Alcohol Treatment, Drug Treatment, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Motor Vehicle Compliance, Support Dependents

Type of Supervision: Supervised Release   Date Supervision Commenced: 07/02/2021

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | Aziz Coleman violated the following special condition of supervised release: "You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name." On July 7, 2021, Aziz Coleman tested positive for marijuana. |

U.S. Probation Officer Action:

On July 2, 2021, Aziz Coleman commenced supervised release. During a home inspection on July 7, 2021, a urine specimen was taken from Mr. Coleman that tested positive for marijuana. Mr. Coleman admitted to smoking marijuana while incarcerated in the Bureau of Prisons and reported that the last time he smoked marijuana was on June 30, 2021, prior to his release from custody.

Mr. Coleman was warned against the use of illegal substances and we discussed consequences for continued illegal drug use and pro-social alternatives. The U.S. Probation Office will increase drug testing for Mr. Coleman and notify the Court of any additional non-compliance. He will be referred to substance abuse treatment, if deemed necessary. We are respectfully requesting no action be taken against Mr. Coleman.

Respectfully submitted,

Prob 12A – page 2
Aziz Coleman

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Carrie H. Borona*

By:   CARRIE H. BORONA

/ cb

APPROVED:

*Suzanne Golda-Martinez*          07/13/2021
SUZANNE GOLDA-MARTINEZ           Date
Supervising U.S. Probation Officer

**Please check a box below to indicate the Court's direction regarding action to be taken in this case:**

☒  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐  Submit a Request for Modifying the Conditions or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

_____
Signature of Judicial Officer

8/9/21
Date