PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Aziz Coleman  Cr.: 20-00653-001
PACTS #: 6901463

Name of Sentencing Judicial Officer:  THE HONORABLE MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/01/2020

Original Offense:  Count One: Conspiracy to Distribute and Possess with Intent to Distribute Heroin and Cocaine Base, in violation of 21 USC 846, a Class C Felony

Original Sentence: 22 months imprisonment, 36 months supervised release

Special Conditions: $100 Special Assessment Fee, Substance Abuse Testing, Alcohol Restrictions, Alcohol Treatment, Drug Treatment, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, Motor Vehicle Compliance, Support Dependents

Type of Supervision: Supervised Release  Date Supervision Commenced: 07/02/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

1.  Aziz Coleman violated the following special condition of supervised release: "You must refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name." Coleman tested positive for marijuana as follows: September 7, 2021; October 15, 2021; October 29, 2021; November 5, 2021; November 12, 2021; November 19, 2021; December 10, 2021; and December 17, 2021.

U.S. Probation Officer Action:

On July 2, 2021, Aziz Coleman commenced supervised release. On July 13, 2021, we notified Your Honor that Mr. Coleman tested positive for marijuana during a home inspection on July 7, 2021. At that time, Mr. Coleman admitted to smoking marijuana while incarcerated in the Bureau of Prisons and reported that the last time he smoked marijuana was on June 30, 2021, prior to his release from custody.

Pursuant to the special conditions for mental health and substance abuse treatment, Mr. Coleman was referred to The Bridge for an assessment to determine if further services are recommended. On August 9, 2021, Mr. Coleman attended the assessment appointment at The Bridge and a urine specimen was secured that subsequently tested positive for marijuana and amphetamines. During the assessment, Mr. Coleman admitted that he mistakenly ate an edible baked good while attending a comedy club and that no one told him there was marijuana in it. Notably, the treatment vendor recommended no further mental health treatment, but did recommend that Mr. Coleman attend weekly individual and group substance abuse treatment sessions.

Prob 12A – page 2
Aziz Coleman

On August 12, 2021, Mr. Coleman met with his probation officer and he admitted to ingesting a baked good with marijuana in it while attending a comedy show. He stated that no one told him there was marijuana in it, but after he ate it and felt "funny" someone told him it was a marijuana edible baked good. The IUS stated he never would have eaten it if he knew, and he wanted to be honest with Probation.

On August 13, 2021, Probation received the test results from the urine specimen reflecting a positive result for marijuana and amphetamines.

On August 18, 2021, we notified Your Honor of the positive drug test for marijuana and amphetamines. Since Mr. Coleman showed a willingness to attend and actively participate in substance abuse treatment, no further action was taken against him for the illegal drug use.

Notably, due to changes in the federal contract with the treatment vendor The Bridge, Mr. Coleman was discharged on September 14, 2021 from The Bridge and referred to a different program to address his substance abuse. On October 4, 2021, Mr. Coleman attended an intake assessment at Integrity House and the clinician recommended that he participate in one group and one individual session per week, along with weekly drug testing.

The purpose of this correspondence is to report that Mr. Coleman has failed to stop smoking marijuana as repeatedly directed and he tested positive for marijuana as follows: September 7, 2021; October 15, 2021; October 29, 2021; November 5, 2021; November 12, 2021; November 19, 2021; December 10, 2021; and December 17, 2021.

Due to the failure to stop smoking marijuana, outpatient treatment has been increased to Intensive Outpatient Treatment (IOP) wherein Mr. Coleman must participate in three 90-minute groups each week, along with an individual session and submit to drug testing. Although Mr. Coleman has tested positive for marijuana on more than four occasions during a twelve-month period, we are respectfully recommending a reprieve from mandatory revocation as he is willing to participate in IOP treatment services. He is aware that if he continues to test positive for marijuana, he may be referred to a higher level of care to include inpatient treatment services and appear before the Court on a violation of supervised released.

We will continue to randomly drug test Mr. Coleman, monitor his attendance and participation in IOP substance abuse treatment and monitor the remaining conditions of supervision.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Carrie H. Borona*

By:  CARRIE H. BORONA
U.S. Probation Officer

/ cb

APPROVED:

*Suzanne Golda-Martinez*      01/11/2022
SUZANNE GOLDA-MARTINEZ       Date
Supervising U.S. Probation Officer

Prob 12A — page 3
Aziz Coleman

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

1/12/22
Date